GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2023 JAN 11  PM 1:01

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00050 TUC-RM(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(False Statements in Connection<br>with Acquisition of Firearm)<br>Counts 1-2 |
| 1. Monica Avila Valdez,<br>(Count 1) | |
| 2. Francisco Javier Liquidano,<br>(Counts 1-2) | 18 U.S.C. § 2(a)<br>(Aiding and Abetting the<br>Commission of an Offense)<br>Count 1 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about June 14, 2021, in the District of Arizona, Defendants MONICA AVILA VALDEZ and FRANCISCO JAVIER LIQUIDANO, in connection with the acquisition of a firearm, that is, a Barrett model 82A1, .50 caliber rifle, from Liberty Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Liberty Pawn Shop, which statement was intended to deceive Liberty Pawn Shop as to a fact material to the lawfulness of such sale of said firearm to Defendant MONICA AVILA VALDEZ under Chapter 44, Title 18, United States Code, in that Defendant MONICA AVILA VALDEZ stated that she was the actual transferee/buyer of said firearm when in fact she was acquiring the

firearm on behalf of another party, and Defendant FRANCISCO JAVIER LIQUIDANO aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

**COUNT 2**

On or about April 6, 2021, in the District of Arizona, Defendant FRANCISCO JAVIER LIQUIDANO, in connection with the attempted acquisition of a firearm, that is, a Glock model 17GEN5, 9mm caliber pistol from Arizona Firearms and Accessories, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Arizona Firearms and Accessories, which statement was intended to deceive Arizona Firearms and Accessories as to a fact material to the lawfulness of such sale of said firearm to Defendant FRANCISCO JAVIER LIQUIDANO under Chapter 44, Title 18, United States Code, in that Defendant FRANCISCO JAVIER LIQUIDANO stated that he had not been convicted of a felony and was therefore eligible to be the transferee/buyer of said firearm when in fact he was a convicted felon and prohibited from said purchase.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

A TRUE BILL

s/ _____
FOREPERSON OF THE GRAND JURY
Dated: January 11, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

s/ _____
ADAM D. ROSSI
Assistant United States Attorney
DATED: January 11, 2023

*United States of America v. Monica Avila Valdez, et al.*
*Indictment Page 2 of 2*